IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NATHAN FRANCIS STOPS,<br><br>　　　　　Defendant. | CR 22-26-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Revocation Hearing currently scheduled for Thursday, January 9, 2025 at 2:30 p.m., is **VACATED** and **RESET** to commence on **Wednesday, February 12, 2025 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 4th day of December, 2024.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1